IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| David Bozard, | ) | C/A No.: 3:09-1582-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER APPROVING |
| | ) | MOTION TO SEAL SETTLEMENT |
| Discount Tire of West Columbia, Inc., | ) | |
| and Jimmy Roof, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on the parties' Consent Motion to Seal the Confidential Settlement Agreement and Full and Final Release of Any and All Claims ("Settlement Agreement") [dkt. #13], which the parties submitted for approval in their separate Joint Motion for Settlement Approval [dkt. #12]. The parties argue that an order sealing said document is necessary to protect their legitimate interests.

The court grants the motion to seal. The court considered less drastic alternatives to sealing the requested document. The court found that less drastic alternatives were not appropriate, as the information in the Settlement Agreement does not touch upon a matter of great public concern or public interest. Rather, the Settlement Agreement contains information pertinent the employment relationship between one individual and his former employer.

By contrast, the public has no interest in accessing these documents. Cases in which sealing has been denied have involved strong public interest, however, no such

countervailing public interest outweighs the interest of the parties in the confidentiality of their negotiated settlement.

After reviewing the Settlement Agreement, the court is satisfied that no reasonable alternative exists to the sealing of the Settlement Agreement. In light of the nature of the document, the lack of reasonable alternatives, the substantial risk of harm related to publicizing the document, and the low level of public interest engendered by the information contained in the document, this court concludes that sealing the document is the only reasonable alternative.

Therefore, the court orders the clerk to file the Settlement Agreement under seal with access restricted to court personnel, the attorneys, and the parties to this matter.

IT IS SO ORDERED.

January 7, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge